CARL F. MARIANO, SB #010994
Carl.Mariano@lewisbrisbois.com
FELICE F. GUERRIERI, SB# 021107
Felice.Guerrieri@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for RD America, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony T. Debernardo And Kelly Debernardo, husband and wife,, | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Jetro Cash and Carry Enterprises, LLC, a foreign limited liability corporation d/b/a Jetro Restaurant Depot, Jetro Cash and Carry and/or Restaurant Depot, LLC; John Doe Employee One and Jane Doe Employee One, husband and wife; John Doe Employee Two, husband and wife; John Does I-V; Jane Does I-V, Fictitious Individuals; ABC Corporations and/or Partnerships and/or Sole Proprietorships and/or Joint Ventures I-X; fictitious entities,, | |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**:

Defendant RD America, LLC ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and LRCiv 3.6, hereby gives notice of the removal of the above-captioned case from the Maricopa County Superior Court of the State of Arizona, to the United States District Court for the District of Arizona, based on the following grounds:

4836-9492-5014.1

1.     On or about December 15, 2020, Plaintiffs Anthony and Kelly Debernardo filed the present lawsuit in the Maricopa County Superior Court of the State of Arizona, Cause No. CV2020-096664.  (*See* Complaint (attached as Exhibit "A")).  The lawsuit arises from an injury alleged to have been caused by a fall on the premises of a warehouse owned by Defendant.  (Id. at ¶ 15).

2.     According to the Complaint, the Plaintiffs are citizens of the state of Arizona. (Ex. A at  ¶3).

3.     Defendant is a Delaware limited liability company with its principal place of business in New York state.

4.     Defendant was served with the Summons and Complaint on December 24, 2020.

5.     Defendant has filed this Notice of Removal within thirty (30) days after service of the pleading setting forth a removable claim, and it is timely filed under 28 U.S.C. § 1446(b).

6.     Plaintiffs have certified that the amount being sought is higher than Maricopa County's compulsory arbitration limits of $50,000. (*See* Certificate Regarding Compulsory Arbitration (attached as Exhibit "A")).

7.     Plaintiffs have further certified that that amount being sought is between $50,000 and $300,000, satisfying the amount in controversy requirement of 28 U.S.C. § 1332(a).  (See Complaint at Exhibit A at  ¶2).  Plaintiffs' Complaint does not seek a sum certain. However, under the rules governing civil actions in the Superior Court of the State of Arizona, a pleading shall not set forth a dollar amount or figure for damages where the claim is not for a sum certain or for a sum which can by computation be made certain. *See* Rule 8 (b), Ariz. R. Civ. P.

8.     Defendant RD America, LLC is the only non-fictitious defendant for purposes of determining citizenship under §1441(b).

9. There is complete diversity of citizenship between the Parties named in the Complaint because the Plaintiffs are citizens of Arizona and the Defendant is a citizen of Delaware. 28 U.S.C. § 1332(a)(1).

10. Venue in this Court is proper under 28 U.S.C. § 1441(a) because the circumstances surrounding the incident are alleged in the Plaintiffs' Complaint to have occurred in Arizona.

11. No previous notice of removal has been filed.

12. Pursuant to 28 U.S.C. § 1446(a) and LR Civ. 3.6, counsel hereby certifies that Exhibit A comprises true and complete copies of all pleadings and other documents filed in the Superior Court of the State of Arizona, in and for the County of Maricopa. (*See* Declaration of Felice F. Guerrieri (attached as Exhibit "B")).

13. Defendant has attached a copy of this document to their Notice of Removal filed with the Clerk of the Maricopa County Superior Court of the State of Arizona, pursuant to 28 U.S.C. § 1446(d) and L.R.Civ. 3.6(b), a copy of which is attached hereto as Exhibit "C".

14. Defendant has served upon Plaintiffs a copy of this Notice.

DATED this 19th day of January, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/Felice F. Guerrieri
Carl F Mariano
Felice F. Guerrieri
Attorneys for RD America, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System, to the following CM/ECF registrants and thereby served all counsel of record in this matter.

Douglas L. Settel
Amanda L. Boardman
Goldberg & Osborne
2815 S. Alma School Rd. #122
Mesa, AZ  85210
dsettel@goldbergandosborne.com
aboardman@goldbergandosborne.com
*Attorneys for Plaintiff*

/s/ Marcia McAlister

4836-9492-5014.1                            1