**EXHIBIT A**

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
S. Allen, Deputy
12/15/2020 3:18:38 PM
Filing ID 12333071

Person/Attorney Filing: Douglas Settel
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6300
E-Mail Address: dsettel@goldbergandosborne.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019293, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ANTHONY T. DEBERNARDO, et al.
Plaintiff(s),
v.
JETRO CASH AND CARRY ENTERPRISES, LLC, DBA JETRO RESTAURANT DEPOT, et al.
Defendant(s).

Case No. CV2020-096664

SUMMONS

To: JETRO CASH AND CARRY ENTERPRISES, LLC, DBA JETRO RESTAURANT DEPO[T]

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *December 15, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *SENA ALLEN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
12/15/2020 3:18:38 PM
Filing ID 12333068

1  **GOLDBERG & OSBORNE**
2  2815 S. Alma School Rd., #122
   Mesa, Arizona 85210
3  Phone: (602) 808-6300
   **Douglas L. Settel, #019293**
4  dsettel@goldbergandosborne.com
5  **Amanda L. Boardman #030061**
   aboardman@1800theeagle.com
6  Attorneys for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTHONY T. DEBERNARDO AND KELLY DEBERNARDO, husband and wife<br><br>Plaintiffs,<br><br>vs.<br><br>JETRO CASH AND CARRY ENTERPRISES, LLC, a foreign limited liability corporation d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC; JOHN DOE EMPLOYEE ONE and JANE DOE EMPLOYEE ONE, husband and wife; JOHN DOE EMPLOYEE TWO and JANE DOE EMPLOYEE TWO, husband and wife; JOHN DOES I-V; JANE DOES I-V, fictitious individuals; ABC CORPORATIONS and/or PARTNERSHIPS and/or SOLE PROPRIETORSHIPS and/or JOINT VENTURES, I-X; fictitious entities,<br><br>Defendant. | NO: CV2020-096664<br><br>**COMPLAINT**<br><br>**(Tort – Non-Motor Vehicle)**<br><br>**(Tier 2)** |

Plaintiffs, ANTHONY T. DEBERNARDO and KELLY DEBERNARDO, by and

through counsel undersigned, for their Complaint, alleges as follows:

1. Venue and jurisdiction are proper in Maricopa County, Arizona.

2. Discovery Tier: Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3) the Court should assign this case to the following tier based on the amount of damages requested.

☐ Tier 1 = Actions claiming $50,000.00 or less in damages.

☒ Tier 2 = Actions claiming more than $50,000.00 and less than $300,000.00 in damages, or actions claiming non-monetary relief.

☐ Tier 3 = Actions claiming $300,000.00 or more in damages.

3. Plaintiffs, ANTHONY T. DEBERNARDO and KELLY DEBERNARDO are a married couple and resident of of Maricopa County, Arizona.

4. Upon information and belief, Defendant JETRO CASH AND CARRY ENTERPRISES, LLC d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC is a foreign or domestic limited liability corporation and is authorized to do and is doing business in the State of Arizona and caused an event to occur in Arizona that is the subject of Plaintiff's Complaint herein.

5. Upon information and belief, JOHN DOE EMPLOYEE ONE and JANE DOE EMPLOYEE ONE, were a married couple at all times relevant hereto and residents of Maricopa County, Arizona. The true identity of JOHN DOE EMPLOYEE ONE and JANE DOE EMPLOYEE ONE are presently unknown to Plaintiffs, and Plaintiffs will seek leave to amend their Complaint when their true identities are ascertained. Upon information and belief, at all times alleged herein, Defendant, JOHN DOE EMPLOYEE ONE was acting

individually and on behalf of any furtherance of his marital community with JANE DOE EMPLOYEE ONE.

6.  Upon information and belief, JOHN DOE EMPLOYEE TWO and JANE DOE EMPLOYEE TWO, were a married couple at all times relevant hereto and residents of Maricopa County, Arizona. The true identity of JOHN DOE EMPLOYEE TWO and JANE DOE EMPLOYEE TWO are presently unknown to Plaintiffs, and Plaintiffs will seek leave to amend their Complaint when their true identities are ascertained. Upon information and belief, at all times alleged herein, Defendant, JOHN DOE EMPLOYEE TWO was acting individually and on behalf of any furtherance of his marital community with JANE DOE EMPLOYEE TWO.

7.  Upon information and belief, Plaintiffs allege that at the time of the events set forth in this Complaint, Defendants JOHN DOE EMPLOYEE ONE and JOHN DOE EMPLOYEE TWO were employees, servants and/or agents of Defendant JETRO CASH AND CARRY ENTERPRISES, LLC d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC and was acting within the course and scope of employment or under their direction and control, or under such circumstances as to justify imputing responsibility for the careless and/or negligent and/or reckless acts complained of herein to Defendant JETRO CASH AND CARRY ENTERPRISES, LLC d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC under the principles of respondeat superior.

8.   All acts complained of herein occurred in furtherance of the Defendants' marital community. Defendants JOHN and JANE DOES I through V, ABC CORPORATIONS I-X and/or PARTNERSHIPS I-X are corporations, business entities, persons, agents servants or employees whose true names are not now known to Plaintiff. To the extent of discovery to be conducted Plaintiff alleges that JOHN and JANE DOES I through V, ABC CORPORATIONS I-X and/or PARTNERSHIPS I-X are residents of the County of Maricopa, State of Arizona and they caused events to occur in the State of Arizona out of which Plaintiff's cause of action arose. Plaintiff requests leave of Court to amend the Complaint once the true identities of these Defendants become known to Plaintiff.

9.   The Plaintiffs are informed, believes and thereupon alleges that the Defendants designated as Does I-V and/or ABC CORPORATIONS I-X and/or PARTNERSHIPS I-X, inclusive, are anyone of the following:

   a.   Parties responsible in some manner for the events and happenings herein referred to that caused injuries and damages proximately thereby to the Plaintiffs as herein alleged;

   b.   Parties that are the agents, servants, employees and/or contractors of the Defendants, each of them acting within the course and scope of their agency, employment or contract;

   c.   Parties that own, lease, manage, operate, secure, inspect, repair, maintain and/or are responsible for the Defendants vehicle and/or business referred to hereinafter; or

   d. Parties that have assumed or retained liabilities if any of the Defendants by virtue of agreement, sale, transfer or otherwise.

10. The corporate Defendants, if any, are believed to be authorized, and are doing business in Arizona.

11. The amount of controversy satisfies the jurisdiction requirements of the Superior Court.

12. On December 28, 2018, Plaintiff, ANTHONY T. DEBERNARDO, in the capacity of an invitee, was seriously injured while on Defendants' premises located at 724 West Baseline Road Mesa, Arizona 85210.

13. Plaintiff was lawfully on Defendants' premises when the incident occurred.

14. At all times material hereto, Defendants, JETRO CASH AND CARRY ENTERPRISES, LLC d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC., was the owner, operator and/or manager of a "Restaurant Depot" store located at 724 West Baseline Road Mesa, Arizona 85210.

15. The incident was caused by an unreasonably dangerous condition on Defendants' premises consisting of two (2) of its agents or employees not properly operating a forklift causing the forklift to be rammed into Plaintiff's person. While Plaintiff was obtaining his groceries, Defendants' agents or employees operated a forklift where Plaintiff was shopping, and Plaintiff was struck and fell.

16. The incident was caused by the negligence and careless manner in which Defendants, failed to maintain the premises in a reasonably safe condition, failed to warn Plaintiff of the dangerous condition(s), and failed to remedy the dangerous condition.

5

17. Defendants' actions and/or inactions were negligent in their mode of operation, their failure to properly maintain safe equipment, and/or equipment of the store in a reasonably safe manner, their failure to warn and guard against the dangers presented by the dangerous condition, and failing to remedy the dangerous conditions.

18. At the time of the incident, Defendants JOHN DOE EMPLOYEE ONE AND JOHN DOE EMPLOYEE TWO were acting in the course and scope of their employment with Defendants, JETRO CASH AND CARRY ENTERPRISES, LLC d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC.

19. Defendant JETRO CASH AND CARRY ENTERPRISES, LLC d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC are legally responsible for the acts of Defendants JOHN DOE EMPLOYEE ONE and JOHN DOE EMPLOYEE TWO under the doctrine of respondeat superior

20. As a direct and proximate result of Defendants' negligence, Plaintiff ANTHONY T. DEBERNARDO sustained injuries which have resulted in considerable pain, suffering, inconvenience, loss of enjoyment of life, loss of income, and may continue to do so in the future.

21. As a further direct and proximate result of the Defendants' negligence, Plaintiff ANTHONY T. DEBERNARDO. has incurred medical and related expenses for care and treatment and may continue to do so in the future.

22. As a further direct and proximate result of the Defendants' negligence, Plaintiff KELLY DEBERNARDO has been deprived of the love and companionship of her husband and has suffered a loss of consortium

**WHEREFORE**, Plaintiffs requests judgment against the Defendants as follows:

1. For general damages in a fair and reasonable amount.

2. For the reasonable value of Plaintiff's medical and related expenses incurred to date and any future expenses.

3. For the reasonable value of Plaintiff's current and future loss of income and earning capacity.

4. For the reasonable value of Plaintiff's mileage expenses.

5. For Plaintiff's costs and expenses incurred to date, and to be incurred in the future in this action.

6. Loss of consortium; and

7. For such other and further relief as the Court may deem just and proper.

DATED this 15th day of December 2020.

**GOLDBERG & OSBORNE**

/s/Amanda L. Boardman

Douglas L. Settel, Esq.
Amanda L. Boardman, Esq.
Attorneys for Plaintiffs

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
S. Allen, Deputy
12/15/2020 3:18:38 PM
Filing ID 12333070

Person/Attorney Filing: Douglas Settel
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6300
E-Mail Address: dsettel@goldbergandosborne.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019293, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTHONY T. DEBERNARDO, et al.<br>Plaintiff(s),<br>v.<br>JETRO CASH AND CARRY ENTERPRISES, LLC, DBA JETRO RESTAURANT DEPOT, et al.<br>Defendant(s). | Case No.   CV2020-096664<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Douglas Settel /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
S. Allen, Deputy
12/15/2020 3:18:38 PM
Filing ID 12333069

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorneys:**
Douglas Settel - Primary Attorney
Bar Number: 019293, issuing State: AZ
Law Firm: Goldberg & Osborne
698 E Wetmore Rd Ste 200
Tucson, AZ 85705
Telephone Number: (602)808-6300
Email address: dsettel@goldbergandosborne.com

Amanda Boardman
Bar Number: 030061, issuing State: AZ
Law Firm: Goldberg & Osborne
Telephone Number: (602)808-6300

CV2020-096664

**Plaintiffs:**
ANTHONY T. DEBERNARDO
698 E Wetmore Rd Ste 200
Tucson, AZ 85705

KELLY DEBERNARDO
698 E Wetmore Rd Ste 200
Tucson, AZ 85705

**Defendants:**
JETRO CASH AND CARRY ENTERPRISES, LLC, DBA JETRO RESTAURANT DEPOT
724 West Baseline Road
Mesa, AZ 85210

JOHN DOE EMPLOYEE ONE
Unknown
Unknown, AZ

JANE DOE EMPLOYEE ONE
Unknown
Unknown, AZ

AZTurboCourt.gov Form Set #5242206

JOHN DOE EMPLOYEE TWO
Unknown
Unknown, AZ

JANE DOE EMPLOYEE TWO
Unknown
Unknown, AZ

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZturboCourt.gov Form Set #5242208

**From:** SOP@cogencyglobal.com <SOP@cogencyglobal.com>
**Sent:** Thursday, December 24, 2020 10:26 AM
**To:** Brian Emmert <bemmert@jetrord.com>
**Subject:** Service of Process for Entity: JETRO CASH AND CARRY ENTERPRISES, LLC

**Caution:** This email came from outside Jetro Networks. DO NOT open attachments or Click on links if you do not recognize the sender.



# NOTICE OF SERVICE OF PROCESS

**Entity Served:** JETRO CASH AND CARRY ENTERPRISES, LLC
**Received in:** Delaware

COGENCY GLOBAL INC. has received the enclosed document on behalf of the above named entity. As the appointed registered agent or agent for service of process for the entity, we are forwarding the document to you. By clicking the **"Retrieve Document"** button you acknowledge the receipt of this service of process on behalf of the entity listed.

| | |
|---|---|
| **Client Group:** | JETRO HOLDINGS, LLC |
| **SOP Number:** | SP735960 |
| **Document Type:** | Summons & Complaint |
| **Date of Service:** | 12/24/2020 |
| **Service Method:** | Personal |
| **Court:** | In the Superior Court of Maricopa County, Arizona |
| **Document Caption:** | Anthony T. Debernardo, et al. vs. JETRO CASH AND CARRY ENTERPRISES, LLC, et al. |
| **Case Number:** | CV2020-096664 |
| **Original to Follow:** | Yes |
| **Original Being Sent To:** | Brian Emmert<br>Jetro Holdings, LLC<br>17-10 Whitestone Expressway<br>Whitestone, NY 11357-3054 |
| **Delivery Method:** | FedEx |
| **Tracking Number:** | 772473329355 |

**EXHIBIT B**

1  CARL F. MARIANO, SB #010994
   Carl.Mariano@lewisbrisbois.com
2  FELICE F. GUERRIERI, SB# 021107
   Felice.Guerrieri@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Phoenix Plaza Tower II
4  2929 North Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
5  Telephone: 602.385.1040
   Facsimile: 602.385.1051
6  Firm email: azdocketing@lewisbrisbois.com
   Attorneys for RD America, LLC

7

8  SUPERIOR COURT OF THE STATE OF ARIZONA

9  COUNTY OF MARICOPA

10

| | |
|---|---|
| 11  ANTHONY T. DEBERNARDO AND KELLY DEBERNARDO, husband and wife,, | Case No. CV2020-096664 |
| 12 | **NOTICE OF REMOVAL** |
| 13           Plaintiff, | |
| 14     vs. | Judge:   David Palmer |
| 15  JETRO CASH AND CARRY ENTERPRISES, LLC, a foreign limited liability corporation d/b/a JETRO RESTAURANT DEPOT, JETRO CASH AND CARRY and/or RESTAURANT DEPOT, LLC; JOHN DOE EMPLOYEE ONE and JANE DOE EMPLOYEE ONE, husband and wife; JOHN DOE EMPLOYEE TWO, husband and wife; JOHN DOES I-V; JANE DOES I-V, fictitious individuals; ABC CORPORATIONS and/or PARTNERSHIPS and/or SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X; fictitious entities,, | |
| 23           Defendant. | |

24

25  **TO THE CLERK OF THE COURT, PLAINTIFF AND THEIR ATTORNEYS**

26  **OF RECORD:**   PLEASE TAKE NOTICE that on January 19, 2021, Defendant RD

27  America, LLC, filed its Notice of Removal in the United States District Court for the District

28  of Arizona pursuant to 28 U.S.C. §§ 1332(a) and 28 U.S.C. 1441(b).  A copy of the Notice

4819-7047-6246.1

of Removal, without exhibits, is attached to this Notice, and is served and filed herewith as Exhibit "1".

Defendant RD America, LLC, respectfully requests that this Court proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the District of Arizona.

DATED this 19th day of January, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/Felice F. Guerrieri
Carl F Mariano
Felice F. Guerrieri
Attorneys for RD America, LLC

ORIGINAL of the foregoing efiled this 19th day of January, 2021 with:

Maricopa County Superior Court

COPY of the foregoing emailed this 19th day of January, 2021 to:

Douglas L. Settel
Amanda L. Boardman
Goldberg & osborne
2815 S. Alma School Rd. #122
Mesa, AZ  85210
dsettel@goldbergandosborne.com
aboardman@goldbergandosborne.com
*Attorneys for Plaintiff*

s/ Marcia McAlister

4819-7047-6246.1

2